## R. J. Park *v.* B. L. Price.

**Writing — Parol Evidence — Fraud or Mistake.**
> Parol evidence is not admissible to vary the terms or import of a writing, unless it is alleged that there was fraud or mistake in the execution thereof.

APPEAL FROM MADISON CIRCUIT COURT.

December 7, 1866.

OPINION OF THE COURT BY JUDGE PETERS:

It is a well-settled principle that parol evidence is not admissible to vary the terms or import of a writing, unless it is alleged in the pleadings that there was fraud or mistake in the execution thereof. This principle is so well established that citation of authorities cannot be necessary.

As appellant's answer did not contain the necessary allegations to admit the parol evidence, it was properly rejected.

Wherefore, the judgment is *affirmed.*

*Turner & Smith, for appellant.*

*Chenault & McCreary, for appellee.*